**O**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEE BAHR,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>JAMES E. TILTON, C.D.C.R.,<br><br>　　　　　Respondent. | CASE NO. SA CV 08-00954 JFW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of GREGORY LEE BAHR, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: January 6, 2009

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE